IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| SPEEDY STOP FOOD STORES, L.L.C. | § § § | |
| *Plaintiff* | § § | |
| vs | § § | CIVIL ACTION NO. 6:13-cv-00073 |
| VISA INC., et al | § § § | |
| *Defendants* | § | |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that the address of Plaintiff's counsel, Wynne & Wynne LLP will change effective December 1, 2013, as follows:

WYNNE & WYNNE LLP
1021 Main Street, Suite 1275
One City Centre
Houston TX 77002
(713) 227-8835 (telephone)
(713) 227-6205 (facsimile)

Please direct all correspondence on or after December 1, 2013 to this address.

Respectfully submitted,

WYNNE & WYNNE LLP

*/s/ Kenneth R. Wynne*
Kenneth R. Wynne
Texas Bar No. 22110000
David E. Wynne
Texas Bar No. 24047150
711 Louisiana, Suite 2010
Pennzoil Place, South Tower
Houston, Texas 77002
713-227-8835 (office)
713-227-6205 (facsimile)
kwynne@wynne-law.com

**and**

COLE, COLE & EASLEY, P.C.
James Cole
Texas Bar No. 104538500
302 W. Forrest Street
Victoria, Texas 77901
(361) 575-0551 Tel.
(361) 575-0986 Fax

*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the *Notice of Change of Address* has been served on all counsel listed below either electronically pursuant to the court's ECF noticing system, direct e-mail or facsimile on this the 11th day of November, 2013.

Ileana M. Blanco
DLA Piper LLP
1000 Louisiana, Suite 2800
Houston TX 77002

David S. Lesser
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York NY 10007

Ali M. Stoeppelwerth
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington DC 20006
***Represent HSBC Bank USA, N.A.,***
***HSBC Finance Corporation,***
***HSBC North American Holdings, Inc.***
***HSBC Holdings, plc and HSBC Bank plc***

Layne Kruse
Fulbright & Jaworski LLP
1301 McKinney, Suite 5100
Houston TX 77010

Rodney Acker
Fulbright & Jaworski LLP
2200 Ross Avenue, Suite 2800
Dallas TX 75201

Mark P. Ladner
Michael B. Miller
Morrison & Foerster LLP
1290 Avenue of the Americas
New York NY 10104
*Represents Bank of America, N.A,*
*BA Merchant Services LLC and*
*Bank of America Corporation*

Brent L. Brown
Cotten Schmidt & Abbott, LLP
550 Bailey Avenue, Suite 600
Fort Worth TX 76107

James Tallon
Christopher Lanzalotto
Shearman & Sterling, LLP
599 Lexington Avenue
New York NY 10022
*Represent Barclays Bank plc and*
*Barclays Financial Corp.*

John Zavitsanos
Ahmad, Zavitsanos, Anaipakos,
   Alavi & Mensing, P.C.
1221 McKinney, Suite 3460
Houston TX 77010

Andrew J. Frackman
Abby F. Rudzin
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York NY 10036
*Represent Captail One Bank (USA), N.A.,*
*Capital One, N.A. and Capital One Financial Corp.*

Mark Glasser
Sidley Austin LLP
1000 Louisiana, Suite 6000
Houston TX 77002

David F. Graham
Sidley Austin LLP
One South Dearborn Street
Chicago IL 60603

Benjamin R. Nagin
Sidley Austin LLP
787 Seventh Avenue
New York NY 10019
*Represent Citibank, N.A. and Citigroup Inc.*

Eliot Turner
Fulbright & Jaworski LLP
1301 McKinney, Suite 5100
Houston TX 77010

Richard L. Creighton
Joseph M. Callow, Jr.
Drew M. Hicks
Keating Muething & Klekamp PLL
One East Fourth Street, Suite 1400
Cincinnati OH 45202
*Represents Fifth Third Bancorp*

Eliot Turner
Fulbright & Jaworksi LLP
1301 McKinney, Suite 5100
Houston TX 77010

John P. Passarelli
James M. Sulentic
Kutak Rock LLP
The Omaha Building
1650 Farnam Street
Omaha NE 68102
*Represents First National Bank of Omaha*

Janet E. Militello
Locke Lord LLP
600 Travis, Suite 2800
Houston TX 77002

Peter E. Greene
Peter S. Julian
Skadden, Arps, Slate, Meagher &
 Flom LLP
Four Times Square
New York NY 10036
***Represents JPMorgan Chase & Co.,
JPMorgan Chase Bank, N.A.,
Chase Bank USA, N.A. and
Chase Paymentech Solutions, LLC***

Tynan Buthod
Baker Botts
One Shell Plaza
910 Louisiana
Houston TX 77002

Keila D. Ravelo
Wesley R. Powell
Matthew Freimuth
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York NY 10019

Kenneth A. Gallo
Joseph J. Simons
Paul, Weiss, Rifkind, Wharton &
 Garrison LLP
2001 K Street, NW
Washington DC 20006

Andrew C. Finch
Gary R. Carney
Paul, Weiss, Rifkind, Wharton &
 Garrison LLP
1285 Avenue of the Americas
New York NY 10019
***Represents MasterCard Incorporated and
MasterCard International Incorporated***

Joshua L. Fuchs
Jones Day
717 Texas Street, Suite 3300
Houston TX 77002

Joseph W. Clark
Jones Day
51 Louisiana Avenue, N.W.
Washington DC 20001
**Represents PNC Financial Services Group, Inc.**

Courtney L. Gilbert
Alston & Bird LLP
2828 N. Harwood St., Suite 1800
Dallas TX 75201

Teresa T. Bonder
Valarie C. Williams
Kara F. Kennedy
Alston & Bird LLP
1201 W. Peachtree St., N.W.
Atlanta GA 30309
**Represents SunTrust Banks, Inc. and SunTrust Bank**

Dennis Bettison
Bettison, Doyle, Apffel & Guarion
6710 Stewart Rd., Suite 300
Galveston TX 77551

Jonathan B. Orleans
Adam S. Mocciolo
Pullman & Comley, LLC
850 Main Street
Bridgeport CT 06601
**Represents Texas Independent Bancshares, Inc.**

R. Paul Yetter
Yetter Coleman LLP
909 Fannin, Suite 3600
Houston TX 77002

Richard J. Holwell
Michael S. Shuster
Holwell Shuster & Goldberg LLP
125 Broad St., 39th Floor
New York NY 10004

Robert J. Vizas
Arnold & Porter LLP
Three Embarcadero Center, 7th Floor
San Francisco CA 94111

Mark R. Merley
Matthew A. Eisenstein
Arnold & Porter LLP
555 12th Street, NW
Washington DC 20004

Robert C. Mason
Anrold & Porter LLP
399 Park Avenue
New York NY 10022
*Represents Visa, Inc., Visa U.S.A., Inc.*
*and Visa International Service Association*

Ronald B. Walker
Walker Keeling LLP
120 S. Main, Suite 500
Victoria TX 77901

Robert P. LoBue
William F. Cavanaugh
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York NY 10036
*Represents Wells Fargo & Company,*
*Wells Fargo Bank, N.A. and*
*Wells Fargo Merchant Services, LLC*

    */s/ Kenneth R. Wynne*
    Kenneth R. Wynne