IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| SPEEDY STOP FOOD STORES, LLC, § § § *Plaintiff*, § § v. § § VISA, INC., VISA U.S.A., INC., VISA § INTERNATIONAL SERVICE § ASSOCIATION, MASTERCARD, § INCORPORATED, MASTERCARD § INTERNATIONAL INCORPORATED, § BANK OF AMERICA, N.A., BA § MERCHANT SERVICES LLC, BANK OF § AMERICA CORPORATION, BARCLAYS § BANK PLC, BARCLAYS FINANCIAL § CORP., CAPITAL ONE, N.A., CAPITAL § ONE BANK (USA), N.A., CAPITAL ONE § FINANCIAL CORPORATION, CHASE § PAYMENTECH SOLUTIONS, LLC, § CHASE BANK USA, N.A., JPMORGAN § CHASE BANK, N.A., JPMORGAN § CHASE & CO., CITIBANK, N.A., § CITIGROUP, INC., FIFTH THIRD § BANCORP, FIRST NATIONAL BANK § OF OMAHA, HSBC FINANCE § CORPORATION, HSBC BANK USA, § N.A. INC., HSBC NORTH AMERICAN § HOLDINGS, INC., HSBC HOLDINGS, § PLC, HSBC BANK PLC, PNC § FINANCIAL SERVICES GROUP, INC., § SUNTRUST BANKS, INC., SUNTRUST § BANK, TEXAS INDEPENDENT § BANCSHARES, INC., WELLS FARGO & § COMPANY, WELLS FARGO BANK, § N.A., AND WELLS FARGO MERCHANT § SERVICES, LLC, § § *Defendants*. § | CIVIL ACTION NO. 6:13-cv-00073 |

**DEFENDANTS BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., AND BA MERCHANT SERVICES LLC'S CERTIFICATE OF INTERESTED PARTIES**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and this Court's November 8,

2013 Order (Dkt. No. 8), Defendants Bank of America Corporation, Bank of America, N.A., and BA

Merchant Services LLC, file this certificate listing all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other legal entities that are financially interested in the outcome of this litigation.  The names of publicly traded companies are underlined.  In addition to the plaintiff and the other defendants in this case, the following parties have a financial interest in the outcome of this litigation:

1) <u>Bank of America Corporation</u>;

2) Bank of America, N.A., which is a wholly owned subsidiary of <u>Bank of America Corporation</u>;

3) BA Merchant Services LLC, which is a wholly owned subsidiary of Banc of America Merchant Services LLC, which is a joint venture of Bank of America, N.A. and First Data Corporation;

4) First Data Corporation, which is a wholly owned subsidiary of an affiliate of <u>Kohlberg Kravis & Roberts Co.</u>

             Respectfully submitted,

Of Counsel:

Rodney Acker
State Bar No. 00830700
Federal ID No. 13408
FULBRIGHT & JAWORSKI LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201- 2784
Telephone:  (214) 855-7466
Telecopier:  (214) 855-8200

Mark P. Ladner
Michael B. Miller
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104-0050
Telephone:  (212) 468-8000
Telecopier:  (212) 468-7900

*/s/ Layne E. Kruse*
 Layne E. Kruse
 State Bar No. 11742550
 Federal ID No. 2383
FULBRIGHT & JAWORSKI LLP
1301 McKinney, Suite 5100
Houston, Texas  77010-3095
Telephone:  (713) 651-5151
Telecopier:  (713) 651-5246

ATTORNEY-IN-CHARGE FOR DEFENDANTS BANK OF AMERICA, N.A., BA MERCHANT SERVICES LLC, AND BANK OF AMERICA CORPORATION

## CERTIFICATE OF FILING AND SERVICE

      I certify that on November 15, 2013, I electronically transmitted this document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to plaintiff's counsel of record.


                                        */s/ Layne E. Kruse*
                                         Layne E. Kruse