IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| SPEEDY STOP FOOD STORES, LLC, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | Civil Action No. 6:13-CV-00073 |
| § | |
| VISA, INC., *et al.*, § | |
| § | |
| *Defendants*. § | |
| § | |

**DEFENDANT FIRST NATIONAL BANK OF OMAHA'S
CERTIFICATE OF INTERESTED PARTIES**

Pursuant to Federal Rule of Civil Procedure 7.1 and this Court's November 8, 2013 Order (Dkt. No. 8), Defendant First National Bank of Omaha ("FNBO") files this certificate listing all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other legal entities that are financially interested in the outcome of this litigation. The names of publicly traded companies are underlined. In addition to the plaintiff and the other defendants in this case, the following parties have a financial interest in the outcome of this litigation:

FNBO. Substantially all of the capital stock of FNBO is owned by First National Nebraska, Inc. ("FNNI"). No publicly held corporation owns 10% or more of either FNNI or FNBO.

57439038.1

| | |
|---|---|
| Of Counsel: | */s/ Eliot Fielding Turner*<br>Eliot Fielding Turner<br>State Bar No. 24066224<br>Federal ID No. 976577 |
| John P. Passarelli<br>James M. Sulentic<br>KUTAK ROCK LLP<br>The Omaha Building<br>1650 Farnam Street<br>Omaha, Nebraska 68102-2186<br>Telephone: (402) 346-6000<br>Telecopier: (214) 346-1148 | FULBRIGHT & JAWORSKI LLP<br>1301 McKinney, Suite 5100<br>Houston, Texas 77010-3095<br>Telephone: (713) 651-5151<br>Telecopier: (713) 651-5246<br><br>ATTORNEY-IN-CHARGE FOR DEFENDANT FIRST NATIONAL BANK OF OMAHA |

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2013 I electronically transmitted this document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to counsel of record.

*/s/ Eliot Fielding Turner*
Eliot Fielding Turner