IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| SPEEDY STOP FOOD STORES, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> VISA INC., VISA U.S.A, INC., VISA INTERNATIONAL SERVICE ASSOCIATION, MASTERCARD INCORPORATED, MASTERCARD INTERNATIONAL INCORPORATED, BA MERCHANT SERVICES LLC, BANK OF AMERICA CORPORATION, BARCLAYS GROUP US, INC., BARCLAYS BANK OF DELAWARE, BARCLAYS DELAWARE HODLINGS, LLC, CAPITAL ONE, N.A., CAPITAL ONE BANK (USA), N.A., CAPITAL ONE FINANCIAL CORPORATION, CHASE PAYMENTECH SOLUTIONS, LLC, CHASE BANK USA, N.A., JPMORGAN CHASE BANK, N.A., JPMORGAN CHASE & CO., CITIBANK, N.A., CITIGROUP, INC., FIFTH THIRD BANCORP, FIRST NATIONAL BANK OF OMAHA, HSBC FINANCE CORPORATION, HSBC NORTH AMERICA HOLDINGS, INC., PNC FINANCIAL SERVICES GROUP, INC., SUNTRUST BANKS, INC., SUNTRUST BANK, TEXAS INDEPENDENT BANCSHARES, INC., WELLS FARGO & COMPANY, AND WELLS FARGO MERCHANT SERVICES, LLC, <br><br> *Defendants.* | CIVIL ACTION NO. 6:13-CV-00073 <br><br> REMOVED FROM THE DISTRICT COURT OF VICTORIA COUNTY, TEXAS, 24th JUDICIAL DISTRICT Cause No. 13-10-75377-A |

**NOTICE OF APPEARANCE AND DESIGNATION OF ATTORNEY-IN-CHARGE**

Please take notice that Tynan Buthod of Baker Botts L.L.P. is entering an appearance for Defendants MasterCard Incorporated and MasterCard International Incorporated in the above-numbered and entitled cause for the purpose of receiving electronic notifications from the Court. Furthermore, Mr. Buthod shall be designated attorney-in-charge for the above parties.

Dated: November 25, 2013.

                Respectfully submitted,

**BAKER BOTTS**

By: /s/ <u>Tynan Buthod</u>
      Tynan Buthod
      *Attorney-in-charge*
      State Bar No. 03513500
      Southern District of Texas Bar No. 14036
      One Shell Plaza
      910 Louisiana Street
      Houston, Texas 77002-4995
      (713) 229-1912
      ty.buthod@bakerbotts.com

**WILLKIE FARR & GALLAGHER LLP**

      *Of Counsel*
      Keila D. Ravelo
      Wesley R. Powell
      Matthew Freimuth
      787 Seventh Avenue
      New York, NY 10019-6099
      (212) 728-8000
      kravelo@willkie.com
      wpowell@willkie.com
      mfreimuth@willkie.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

*Of Counsel*
Kenneth A. Gallo
Joseph J. Simons
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7356
(202) 223-7370
kgallo@paulweiss.com
jsimons@paulweiss.com

Andrew C. Finch
Gary R. Carney
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3460
(212) 373-3051
afinch@paulweiss.com
gcarney@paulweiss.com

*Attorneys for Defendants MasterCard Incorporated and MasterCard International Incorporated*

## CERTIFICATE OF FILING AND SERVICE

I certify that on November 25, 2013, I electronically transmitted this document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to Plaintiff's counsel of record.

By: /s/ Tynan Buthod
Tynan Buthod