IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| SPEEDY STOP FOOD STORES, LLC, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | |
| VISA INC., VISA U.S.A, INC., VISA INTERNATIONAL SERVICE ASSOCIATION, MASTERCARD INCORPORATED, MASTERCARD INTERNATIONAL INCORPORATED, BA MERCHANT SERVICES LLC, BANK OF AMERICA CORPORATION, BARCLAYS GROUP US, INC., BARCLAYS BANK OF DELAWARE, BARCLAYS DELAWARE HOLDINGS, LLC, CAPITAL ONE, N.A., CAPITAL ONE BANK (USA), N.A., CAPITAL ONE FINANCIAL CORPORATION, CHASE PAYMENTECH SOLUTIONS, LLC, CHASE BANK USA, N.A., JPMORGAN CHASE BANK, N.A., JPMORGAN CHASE & CO., CITIBANK, N.A., CITIGROUP, INC., FIFTH THIRD BANCORP, FIRST NATIONAL BANK OF OMAHA, HSBC FINANCE CORPORATION, HSBC NORTH AMERICA HOLDINGS, INC., PNC FINANCIAL SERVICES GROUP, INC., SUNTRUST BANKS, INC., SUNTRUST BANK, TEXAS INDEPENDENT BANCSHARES, INC., WELLS FARGO & COMPANY, AND WELLS FARGO MERCHANT SERVICES, LLC, | § § § § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 6:13-CV-00073<br><br>REMOVED FROM THE DISTRICT COURT OF VICTORIA COUNTY, TEXAS, 24th JUDICIAL DISTRICT Cause No. 13-10-75377-A |
| *Defendants.* | § § | |

**CORPORATE DISCLOSURE STATEMENT AND
CERTIFICATE OF INTERESTED PARTIES**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and this Court's November 8, 2013 Order (Dkt. No. 8), Defendants MasterCard Incorporated and MasterCard International Incorporated file this certificate listing all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other legal entities that are financially interested in the outcome of this litigation.  The names of publicly traded companies are underlined. In addition to the plaintiff and the other defendants in this case, the following parties are financially interested in the outcome of this litigation:

1. Defendant <u>MasterCard Incorporated</u>, which has no parent companies and in which no publicly-held corporation owns 10% or more stock.

2. Defendant MasterCard International Incorporated, which is a wholly-owned subsidiary of the following publicly-held parent corporation:  <u>MasterCard Incorporated</u>.

Dated:  November 25, 2013.

                                                          Respectfully submitted,

                                                          **BAKER BOTTS**

                                      By: /s/ <u>Tynan Buthod</u>
                                                  Tynan Buthod
                                                  *Attorney-in-charge*
                                                  State Bar No. 03513500
                                                  Southern District of Texas Bar No. 14036
                                                  One Shell Plaza
                                                  910 Louisiana Street
                                                  Houston, Texas 77002-4995
                                                  (713) 229-1912
                                                  ty.buthod@bakerbotts.com

**WILLKIE FARR & GALLAGHER LLP**

*Of Counsel*
Keila D. Ravelo
Wesley R. Powell
Matthew Freimuth
787 Seventh Avenue
New York, NY 10019-6099
(212) 728-8000
kravelo@willkie.com
wpowell@willkie.com
mfreimuth@willkie.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

*Of Counsel*
Kenneth A. Gallo
Joseph J. Simons
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7356
(202) 223-7370
kgallo@paulweiss.com
jsimons@paulweiss.com

Andrew C. Finch
Gary R. Carney
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3460
(212) 373-3051
afinch@paulweiss.com
gcarney@paulweiss.com

*Attorneys for Defendants MasterCard Incorporated and MasterCard International Incorporated*

## CERTIFICATE OF FILING AND SERVICE

I certify that on November 25, 2013, I electronically transmitted this document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to Plaintiff's counsel of record.

By: /s/ Tynan Buthod
Tynan Buthod