IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| SPEEDY STOP FOOD STORES, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:13-CV-00073 |
| | § | |
| VISA INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## ORDER GRANTING DEFENDANTS' MOTION TO STAY ALL PROCEEDINGS

This matter comes before the Court on Defendants' motion to stay all proceedings. Having reviewed the papers filed in support of and in opposition to this motion (if any), and being fully advised, the Court GRANTS Defendants' motion to stay all proceedings: (1) until 30 days after a final determination by the Judicial Panel on Multidistrict Litigation on whether to transfer this action to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings with *In re Payment Card Interchange Fee and Merchant District Antitrust Litigation*, No. 05-MD-1720 (JG) (JO) (E.D.N.Y.), and (2) until Judge Gleeson of the United States District Court for the Eastern District of New York has entered an order or judgment determining any issues relating to Visa's and MasterCard's defense based on the settlement agreement releases and related Orders and Judgments in *In re Visa Check/Master Money Antitrust Litigation*, No. 96-CV-5238 (JG) (JO) (E.D.N.Y.).

DATED this _____ day of _____, 2013.

SO ORDERED:

                                                                                                        _____
Hon. Nelva Gonzales Ramos
United States District Judge