| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 6:13-CV-00073 |
|---|---|---|---|
| Speedy Stop Food Stores, LLC |||||
| *versus* |||||
| Visa Inc., et al. |||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Robert P. LoBue<br>Patterson Belknap Webb & Tyler LLP<br>1133 Avenue of the Americas<br>New York, NY 10036<br>(212) 336-2000<br>New York: #1530039<br>Federal: S.D.N.Y., E.D.N.Y, 9th Circuit Court of Appeals, 2nd Circuit Court of Appeals, 4th Circuit Court of Appeals, 11th Circuit Court of Appeals |
|---|---|
| Seeks to appear for this party: | Wells Fargo & Company, Wells Fargo Bank, N.A. and Wells Fargo Merchant Services, LLC |
| Dated: 11-19-2013 | Signed: /s/ Robert LoBue |

| The state bar reports that the applicant's status is: Registered |
|---|
| Dated: 11/26/13   Clerk's signature: |

Order

Dated: 11/26/13

This lawyer is admitted *pro hac vice*.

United States District Judge