| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 6:13-CV-00073 |
|---|---|---|---|
| Speedy Stop Food Stores, LLC ||||
| *versus* ||||
| Visa Inc., et al. ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | William F. Cavanaugh<br>Patterson Belknap Webb & Tyler LLP<br>1133 Avenue of the Americas<br>New York, NY 10036<br>(212) 336-2000<br>New York: #1715481<br>Federal: E.D.N.Y., S.D.N.Y., N.D.N.Y., 1st Circuit Court of Appeals, 3rd Circuit Court of Appeals |
|---|---|
| Seeks to appear for this party: | Wells Fargo & Company, Wells Fargo Bank, N.A. and Wells Fargo Merchant Services, LLC |
| Dated: 11·14·13 | Signed: [signature] |

| The state bar reports that the applicant's status is: Registered ||
|---|---|
| Dated: 11/26/13 | Clerk's signature: [signature] |

| Order |
|---|

This lawyer is admitted *pro hac vice*.

Dated: 11/26/13

[signature]
United States District Judge