| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 6:13-cv-00073 |
|---|---|---|---|
| Speedy Stop Food Stores, LLC ||||
| *versus* ||||
| Visa Inc., *et al.* ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Abby F. Rudzin<br>O'Melveny & Myers LLP<br>7 Times Square<br>New York, NY 10036<br>(212) 326-2000<br>N.Y. #4126330; D.C. #456869; Ill. (retired)<br>2d Cir.; 7th Cir.; N.D. Ill.; S.D.N.Y.; D. Colo. |
|---|---|
| Seeks to appear for this party: | Capital One, N.A.; Capital One Bank (USA), N.A.; Capital One Financial Corporation |
| Dated: 11/15/2013 | Signed: |

| The state bar reports that the applicant's status is: | Registered |
|---|---|
| Dated: 11/26/13 | Clerk's signature: |

| Order |
|---|

Dated: 11/26/13

This lawyer is admitted *pro hac vice*.

United States District Judge