| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 6:13-cv-00073 |
|---|---|---|---|

| Speedy Stop Food Stores, LLC |
|---|
| *versus* |
| Visa Inc., *et al.* |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Andrew J. Frackman<br>O'Melveny & Myers LLP<br>7 Times Square<br>New York, NY 10036<br>(212) 326-2000<br>N.Y. #1751288; N.J. #03542-1998<br>U.S. Sup. Ct.; 2d Cir.; 3rd Cir.; 4th Cir.; 9th Cir.;S.D.N.Y.; E.D.N.Y.; D.N.J.; U.S. Tax Ct. |
|---|---|
| Seeks to appear for this party: | Capital One, N.A.; Capital One Bank (USA), N.A.; Capital One Financial Corporation |
| Dated: 11/15/2013 | Signed: [signature] |

The state bar reports that the applicant's status is: Registered

Dated: 11/26/13    Clerk's signature: [signature]

Order

Dated: 11/26/13

This lawyer is admitted *pro hac vice*.

[signature]
United States District Judge