| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS | |
|---|---|---|---|

Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 6:13-cv-00073 |
|---|---|---|---|
| Speedy Stop Food Stores, LLC | | | |
| *versus* | | | |
| Visa, Inc., et al | | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Joseph W. Clark<br>Jones Day<br>51 Louisiana Ave., N.W.<br>Washington, DC  20001-2113<br>202-879-3939<br>Maryland; Virginia #42664<br>USDC Columbia; USDC Maryland #28992 |
|---|---|
| Seeks to appear for this party: | PNC Financial Services Group, Inc. |
| Dated: 11/27/2013 | Signed: *Joseph W. Clark* |

| The state bar reports that the applicant's status is: | . |
|---|---|
| Dated: | Clerk's signature: |

| Order | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____          _____
                                                                            United States District Judge