UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 6:13-cv-00073 |
|---|---|---|---|
| Speedy Stop Food Stores, LLC ||||
| *versus* ||||
| Visa Inc., et. al ||||

United States Courts
Southern District of Texas
FILED
NOV 27 2013

David J. Bradley
Clerk of Court

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Ali M. Stoeppelwerth<br>Wilmer Cutler Pickering Hale and Dorr<br>1899 Pennsylvania Avenue NW<br>Washington, DC 20006<br>(202) 663-6589<br>District of Columbia - 452489 |
|---|---|
| Seeks to appear for this party: | See Attachment A |
| Dated: 11/25/2013 | Signed: *Ali M. Stoeppelwerth* |

| The state bar reports that the applicant's status is: Active ||
|---|---|
| Dated: 11-27-13 | Clerk's signature: *Yvette Hausmann* |

| Order | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____                    _____
                                           United States District Judge

## **Attachment A**

- HSBC Finance Corporation,
- HSBC North America Holdings Inc.