UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 6:13-cv-00073 |
|---|---|---|---|
| Speedy Stop Food Stores, LLC | | | |
| *versus* | | | |
| Visa Inc., et. al | | | |

United States Courts
Southern District of Texas
**FILED**
NOV 2 7 2013
David J. Bradley
Clerk of Court

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | David Sapir Lesser<br>Wilmer Cutler Pickering Hale and Dorr<br>7 World Trade Center, 250 Greenwich Street<br>New York, NY 10007<br>(212) 230-8851<br>New York - 4072302<br>Southern District of New York - DL2928 |
|---|---|
| Seeks to appear for this party: | See Attachment A |
| Dated:          11/25/2013 | Signed: |

| The state bar reports that the applicant's status is: *currently registered* | |
|---|---|
| Dated:  11-27-2013 | Clerk's signature: |

| Order |
|---|

This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                                      United States District Judge

Attachment A

· HSBC Finance Corporation
· HSBC North America Holdings, Inc.